**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **YATES PETROLEUM CORPORATION, et al,** | |
| **Plaintiff,** | **No. 1:08 -cv-00462 LSM** |
| **v.** | **Hon. Lawrence S. Margolis** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**DEFENDANT'S UNOPPOSED MOTION FOR**
**AN EXTENSION OF TIME TO RESPOND TO THE COMPLAINT**

The United States, Defendant, pursuant to RCFC 6(b), hereby moves for an enlargement of time of thirty days from the current deadline of August 25, 2008, to and including Wednesday, September 24, 2008, in which to respond to Plaintiffs' Complaint. This is Defendant's first request for an extension of time to respond to the Complaint.

This enlargement of time is necessary to permit counsel for Defendant additional time to fully consider the allegations raised in the complaint, to gather and review documents relevant to the allegations made by the plaintiffs, formulate an appropriate response in light of available documents, and to coordinate that response with counsel for four federal agencies. In addition, the requested extension is necessary because of the vacation and travel schedules of key agency personnel and counsel for the United States.

Defendant's counsel conferred by telephone on August 12, 2008 with counsel for

Plaintiffs, Phillip Wm. Lear, Esq., and Plaintiffs do not oppose this request for an enlargement of time.

Accordingly, Defendant respectfully moves for an enlargement of time of thirty days to, and including, September 24, 2008, in which to respond to Plaintiffs' Complaint.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
Environment & Natural Resources Division

/s/ Lary Cook Larson
Lary Cook Larson
Environment & Natural Resources Division
Natural Resources Section
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663
Tel.: (202) 305-0294
Fax: (202) 305-0274

Dated: August 12, 2008