# In the United States Court of Federal Claims

| | | |
|---|---|---|
| YATES PETROLEUM COMPANY, Plaintiff, | * | |
| v. | * | No. 08-462 L |
| THE UNITED STATES, Defendant. | * | (Filed: August 13, 2008) |

## ORDER

Defendant's unopposed motion, filed August 12, 2008, for an extension time to and including Wednesday, September 24, 2008, to file a response to plaintiff's complaint is **GRANTED.**

s/Lawrence S. Margolis
LAWRENCE S. MARGOLIS
Senior Judge, U.S. Court of Federal Claims