**IN THE UNITED STATES COURT OF FEDERAL CLAIMS**

| | |
|---|---|
| **YATES PETROLEUM CORPORATION, et al,** | |
| **Plaintiff,** | **No. 1:08 -cv-00462 LSM** |
| **v.** | **Hon. Lawrence S. Margolis** |
| **THE UNITED STATES OF AMERICA,** | |
| **Defendant.** | |

**NOTICE OF APPEARANCE**

To the Clerk:

Please enter the appearance of Lary Cook Larson as attorney for the Defendant. Electronic service by the Court is to be delivered to lary.larson@usdoj.gov, as previously registered in the Electronic Case Filing (ECF) system. Service of any papers and correspondence by U.S. Mail should be addressed as follows:

Lary Cook Larson
Environment & Natural Resources Division
Room 3540
United States Department of Justice
P.O. Box 663
Washington, D.C. 20044-0663

All hand deliveries and Express deliveries (Federal Express, etc.) should be addressed to:

Lary Cook Larson
Environment & Natural Resources Division
United States Department of Justice

601 D Street, N.W.
Room 3540
Washington, D.C. 20004

Dated this 14th day of August, 2008.

Respectfully submitted,

RONALD J. TENPAS
Assistant Attorney General
United States Department of Justice
Environment and Natural Resources Divsions

By: /s/ Lary Cook Larson
Lary Cook Larson
Trial Attorney
United States Department of Justice
Natural Resources Section
P.O. Box 663
Washington, D.C. 20044-0663
Tel: (202) 305-0474
Facsimile: (202) 305-0274
lary.larson@usdoj.gov